# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4777
_____

ARMANDO RIVAS,

    Appellant,

v.

US BANK NATIONAL
ASSOCIATION, et al.,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

January 14, 2019

PER CURIAM.

Upon consideration of Appellee's motion to dismiss, filed on November 27, 2018, and the response thereto, the Court has determined that the order on appeal is not final. Accordingly, the motion is granted and the appeal is dismissed.

MAKAR, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Armando Rivas, pro se, Appellant.

Roy A. Diaz and Adam A Diaz of SHD Legal Group P.A., Fort Lauderdale, for Appellee.